UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| ROBERT CARTWRIGHT and DENISE O. SAWYER, Administratrix of the Estate of Jonathan Sawyer, III | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **JUDGMENT** |
| | ) ) | No. 2:14-CV-39-FL |
| TOWN OF PLYMOUTH, NORTH CAROLINA; KENNETH CREQUE; and, JOANNE FLOYD, | ) ) ) ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's orders entered March 26, 2015 and September 3, 2015, and for the reasons set forth more specifically therein, that the defendants' motions to dismiss are granted. Plaintiffs shall have and recover nothing from this action.

**This Judgment Filed and Entered on September 3, 2015, and Copies To:**

Walter S. Webster and Melissa R. Davis (via CM/ECF Notice of Electronic Filing)


September 3, 2015         JULIE RICHARDS JOHNSTON, CLERK
                            /s/ Christa N. Baker
                          (By) Christa N. Baker, Deputy Clerk